AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Michael Moebius | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Kfir Moyal; Kfir Moyal Art Gallery, Inc.; Carza Art, LLC; and John and Jane Does 1 through 10, representing the unknown current and former members of Carza Art, LLC | ) |
| *Defendant(s)* | ) |

Civil Action No.   16-cv-23110-Ungaro

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carza Art, LLC
c/o Carmenza Ortiz as Registered Agent
13028 SW 88th Terrace N.
Unit 203
Miami, Florida 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel S. Magolnick, Esq.
Marko & Magolnick, P.A.
3001 S.W. 3rd Avenue
Miami, Florida 33129
P: 305-285-2000 F: 305-285-5555
magolnick@mm-pa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 19, 2016

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court