UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-23110-UU

MICHAEL MOEBIUS,

    Plaintiff,

v.

KFIR MOYAL, *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon Defendant Kfir Moyal's Motion to Set Aside Default Order and for relief from Default Final Judgment and Permanent Injunction. D.E. 68.

THE COURT has considered the Motions, the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant Kfir Moyal's Motion to Set Aside Default Order and for relief from Default Final Judgment and Permanent Injunction (D.E. 68) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2017.

                                                                                                                                    *Ursula Ungaro*
                                                                 UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf