UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-23110-WPD

MICHAEL MOEBIUS,

       Plaintiff,

vs.

KFIR MOYAL; KFIR MOYAL ART
GALLERY, INC.; and CARZA ART, LLC;
and JOHN AND JANE DOES 1 THROUGH
10, representing the unknown current and
former members of CARZA ART, LLC,

       Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; SUPPLEMENTAL FINAL JUDGMENT ON WRIT OF GARNISHMENT

      THIS CAUSE is before the Court upon the Report and Recommendation entered by Magistrate Judge Jacqueline Becerra on December 7, 2021 (the "Report") [DE 142]. The Court notes that no objections to the Report [DE 142] have been filed, and the time for filing such objections has passed. *See* [DE 152] (Feb. 24, 2022 Order Lifting Bankruptcy Stay, extending the deadline to file objections to the Report to March 4, 2022). As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 142] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

      Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 142] and record and is otherwise fully advised in the premises. The Court agrees

with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 142] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Supplemental Final Judgment on Writ of Garnishment as to Contents of Safe Deposit Box [DE 135] is hereby **GRANTED;**

3. Judgment is hereby entered against BANK OF AMERICA, N.A., in the amount of $289,365.87 and the contents of the safe deposit box up to the amount of the Judgment shall be delivered to Plaintiff's counsel as set forth in the Report [DE 142]

4. In addition, the statutory garnishment fee of $100.00 shall be remitted to counsel for BANK OF AMERICA, N.A.

5. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Judge Becerra

Kfir Moyal
729 NW 47th Street
Miami, FL 33127

Kfir Moyal Art Gallery, Inc.
c/o Brian Przystup & Associates LLC, Registered Agent
2800 Biscayne Blvd., #400
Miami, FL 33137.